UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HESHAM ZEITOUN,**<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>**CWK TECHNOLOGY, INC.; AMAZON.COM SERVICES, INC.**; and DOES 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-01286-WBS-AC<br><br>**ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER** |

Having considered the parties' joint stipulation to amend the November 5, 2019 Scheduling Order, and good cause appearing therefore,

IT IS HEREBY ORDERED that an amended scheduling order shall be entered with the following deadlines:

| | |
|---|---|
| Rule 26(a)(2) expert witness reports due on issues which parties have burden of proof | August 3, 2020 |
| Rule 26(a)(2) expert witness reports for rebuttal experts due | October 1, 2020 |
| Last day for Plaintiff to file amended complaint | October 30, 2020 |
| Fact Discovery Cutoff | November 5, 2020 |
| Expert Discovery Cutoff | November 5, 2020 |
| Last day for all motions to compel discovery to be heard | November 5, 2020 |
| Deadline for filing all motions, except motions for continuances, temporary restraining orders, or other emergency applications | December 2, 2020 |
| Final Pretrial Conference | February 1, 2021 at 1:30 p.m. |
| Jury Trial Begins | March 30, 2021 at 9:00 a.m. |

Dated: March 19, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE