UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HESHAM ZEITOUN,** | Case No. 2:19-cv-01286-WBS-AC |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT STIPULATION TO AMEND FIRST AMENDED SCHEDULING ORDER** |
| **CWK TECHNOLOGY, INC.; AMAZON.COM SERVICES, INC.**; and DOES 1 through 100, inclusive, | |
| Defendants. | |

1    Having considered the parties' joint stipulation to amend the March 19, 2020 First
2 Amended Scheduling Order, and good cause appearing therefore,
3    IT IS HEREBY ORDERED that an amended scheduling order shall be entered with the
4 following deadlines:

| | |
|---|---|
| Rule 26(a)(2) expert witness reports due on issues which parties have burden of proof | February 1, 2021 |
| Rule 26(a)(2) expert witness reports for rebuttal experts due | April 15, 2021 |
| Last day for Plaintiff to file amended complaint | April 15, 2021 |
| Fact Discovery Cutoff | May 17, 2021 |
| Expert Discovery Cutoff | May 17, 2021 |
| Last day for all motions to compel discovery to be heard | May 21, 2021 |
| Deadline for filing all motions, except motions for continuances, temporary restraining orders, or other emergency applications | June 11, 2021 |
| Final Pretrial Conference | June 21, 2021 at 1:30 p.m. |
| Jury Trial Begins | August 17, 2021 at 9:00 a.m. |

Dated:  July 2, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE