UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| HESHAM ZEITOUN,<br><br>    Plaintiff,<br><br>    v.<br><br>CWK TECHNOLOGY, Inc.; AMAZON.COM SERVICSE, INC.; and DOES 1-100, INCLUSIVE,<br><br>    Defendants. | No. 19-cv-01286-WBS-AC<br><br>ORDER RE: MOTION TO WITHDRAW BY COUNSEL FOR PLAINTIFF |

----oo0oo----

After speaking with the parties, and for the reasons discussed in the hearing on April 19, 2021, the court finds that there are irreconcilable differences between the plaintiff and his counsel, Peter Williamson of Adamson Ahdoot LLP, such that it would not be fair to either one of them to force them to continue the relationship.

IT IS HEREBY ORDERED that the motion to withdraw filed by Peter Williamson and Adamson Ahdoot LLP, (Docket No. 19), be, and the same hereby is, GRANTED.

1

1          IT IS SO ORDERED.
2   Dated:  April 20, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE