1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                                EASTERN DISTRICT OF CALIFORNIA

10

11   **HESHAM ZEITOUN,**                           Case No. 2:19-cv-01286-WBS-AC

12                          Plaintiff,             **ORDER GRANTING DEFENDANT**
                                                   **AMAZON.COM SERVICES, INC.'S** *EX*
13          v.                                     *PARTE* **APPLICATION TO CONTINUE**
                                                   **FINAL PRETRIAL CONFERENCE**
14   **CWK TECHNOLOGY, INC.;**
     **AMAZON.COM SERVICES, INC.**; and
15   DOES 1 through 100, inclusive,

16                          Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1    Defendant Amazon.com Services, Inc.'s ("Amazon") *Ex Parte* Application to Continue

2    the Final Pretrial Conference was received by the Court.  The Court, having fully considered all

3    relevant documents, authorities, and evidence, and good cause having been shown:

4         IT IS HEREBY ORDERED that:

5         1.    The Final Pretrial Conference in this matter is continued from June 21, 2021 until

6    **August 2, 2021 at 1:30 p.m.**

7         2.    Amazon's deadline to file a pretrial statement is continued pursuant to the timing

8    requirements of L.R. 281.

9         IT IS SO ORDERED.

10

11   Dated:  June 15, 2021

WILLIAM B. SHUBB
12   UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                              -1-
28   [PROPOSED] ORDER GRANTING AMAZON'S *EX PARTE* APPLICATION TO CONTINUE FINAL PRETRIAL
                                        CONFERENCE
                                   2:19-cv-01286-WBS-AC